**BEFORE JUDGE WALTER H. RICE**

Case No. **3:15cr28**                          Date: February 25, 2019

Case Caption:  **USA v. Ronald E. Skelton, II**

Court Reporter: **Mary Schweinhagen and Caryl Blevins**

Courtroom Deputy: **Tisha Parker**

Counsel for Plaintiff: **AUSA, Andrew Hunt and Dominick Gerace**

Counsel for Defendant: **Cheryll Bennett**

PROCEEDINGS:  **Jury Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court convened | | | 10:36 | | | |
| | | Statement by the Court | | | 10:37 | | | |
| | | Voir dire began | | | 11:05 | | | |
| | | Bench conference held<br>Conference concluded<br>Bench conference held<br>Conference concluded | | | 11:58<br>12:00<br>12:01<br>12:02 | | | |
| | | Statement by the Court<br>Recess taken | | | 12:08<br>12:12 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 1:20<br><br><br><br><br>1:27 | | | |
| | | Court reconvened<br>Caryl Blevins reporting<br>Statement by the Court<br>Voir dire continued | | | 1:42<br><br>1:42<br>1:43 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|--|--|
| | | | | | | Identified | Offered | Admitted |
| | | Bench conferences with attorneys and jurors<br>Conference concluded | | | 2:45<br><br>3:14 | | | |
| | | Statement by the Court<br>Recess taken | | | 3:15<br>3:15 | | | |
| | | Court reconvened<br>Bench conferences with attorneys and jurors<br>Conference concluded | | | 3:48<br>3:49<br><br>4:11 | | | |
| | | Voir dire continued | | | 4:11 | | | |
| | | Bench conference held with attorneys and juror<br>Conference concluded | | | 4:20<br><br>4:22 | | | |
| | | Voir dire continued | | | 4:22 | | | |
| | | Bench conference held with attorneys and juror<br>Conference concluded | | | 4:26<br><br>4:28 | | | |
| | | Voir dire continued | | | 4:28 | | | |
| | | Bench conference held with attorneys and juror<br>Conference concluded | | | 4:28<br><br>4:31 | | | |
| | | Voir dire continued | | | 4:31 | | | |
| | | Bench conference held with attorneys and juror<br>Conference concluded | | | 5:02<br><br>5:03 | | | |
| | | Bench conference held with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 5:03<br><br><br><br><br>5:06 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Voir dire continued | | | 5:06 | | | |
| | | Statement by the Court<br>Recess taken | | | 5:10<br>5:13 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 5:18<br><br>5:58 | | | |
| | | Court reconvened<br>Statement by the Court<br>Oath given to Jury by Courtroom Deputy | | | 6:04<br>6:04<br><br>6:05 | | | |
| | | Statement by the Court | | | 6:06 | | | |
| | | Recess taken | | | 6:11 | | | |