**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:15cr28**                    **Date: February 26, 2019**

**Case Caption:  USA v. Ronald E. Skelton, II**

**Court Reporter:  Mary Schweinhagen**

**Courtroom Deputy:  Tisha Parker**

**Counsel for Plaintiff:  AUSA, Andrew Hunt and Dominick Gerace**

**Counsel for Defendant: Cheryll Bennett**

**PROCEEDINGS:   Jury  Trial.  Defendant  appeared  with  counsel.  Witnesses  sworn  and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 9:02<br><br>9:30 | | | |
| | | Court convened | | | 9:50 | | | |
| | | Statement by the Court | | | 9:50 | | | |
| | | Opening Statement | Hunt | | 10:16<br>10:23 | | | |
| | | Opening Statement | Bennett | | 10:23 | | | |
| | | Bench conference held<br>Conference concluded | | | 10:25<br>10:30 | | | |
| | | Opening Statement | Bennett | | 10:23<br>10:53 | | | |
| | | Statement by the Court<br>Recess taken | | | 10:53<br>10:54 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court reconvened | | | 11:22 | | | |
| X | | Special Agent Matthew Schierloh, witness called to testify | Hunt | Direct | 11:22 | | | |
| | | - Witness sworn in by Courtroom Deputy | | | 11:23 | | | |
| | | - Government Exhibit 1 (published) | | | 11:32 | X | | |
| | | - Defendant identified by witness | | | 11:32 | | | |
| | | - Defendant stipulates his identity | | | 11:32 | | | |
| | | - Objection; sustained | | | 11:34 | X | | |
| | | - Government Exhibit 3C (published) | | | 11:37 | | | |
| | | - Government Exhibit 3H (published) | | | 11:39 | X | | |
| | | - Government Exhibit 3J (published) | | | 11:40 | X | | |
| | | - No further questions | | | 11:44 | | | |
| | X | Special Agent Matthew Schierloh, witness | Bennett | Cross | 11:44 | | | |
| | | - Government Exhibit 3C (published) | | | 11:49 | X | | |
| | | - No further questions | | | 11:50 | | | |
| | | - No further questions by government counsel | | | 11:51 | | | |
| | | - Witness dismissed | | | 11:51 | | | |
| X | | Deputy Todd Shillito, witness called to testify | Hunt | Direct | 11:51 | | | |
| | | - Witness sworn in by Courtroom Deputy | | | 11:52 | | | |
| | | - Government Exhibit 3A (published) | | | 11:57 | X | | |
| | | - Witness identified by witness | | | | | | |
| | | - Government Exhibit 3E (published) | | | 12:03 | X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Government Exhibit 3F (published)<br>- Government Exhibit 3B<br>- Objection; overruled<br>- Bench conference held<br>- Conference concluded<br>- No further questions | | | 12:04<br><br>12:06<br><br>12:06<br>12:07<br>12:09<br>12:10 | X<br><br>X | | |
| | X | Deputy Todd Shillito, witness<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Cross | 12:10<br><br>12:12<br>12:13<br>12:13<br><br>12:13 | | | |
| | | Bench conference<br>Conference concluded | | | 12:14<br>12:14 | | | |
| | | Statement by the Court<br>Recess taken | | | 12:14<br>12:16 | | | |
| | | Court reconvened | | | 1:31 | | | |
| X | | Sergeant Christina Evans-Fisher, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant identified by witness<br>- No further questions | Gerace | Direct | 1:31<br><br>1:32<br><br>1:36<br><br>1:40 | | | |
| | | Bench conference without Court Reporter<br>Conference concluded | | | 1:41<br><br>1:41 | | | |
| | X | Sergeant Christina Evans-Fisher, witness<br>- No further questions | Bennet | Cross | 1:42<br><br>1:47 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - No further questions from government counsel<br>- Witness dismissed | | | 1:48<br><br><br>1:48 | | | |
| X | | Special Agent Steven McKenna, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant identified by witness<br>- Government Exhibits 4A through 4R (published)<br>- Government Exhibits 5A, 5B, 5C (published)<br>- Government Exhibit 6 (played in Court)<br>- No further questions<br>- Witness dismissed for recess | Gerace | Direct | 1:48<br><br><br>1:49<br><br>1:54<br><br>1:59<br><br><br>2:28<br><br><br>2:34<br><br>2:58<br>2:58 | <br><br><br><br><br><br><br><br>X<br><br><br>X<br><br><br>X | | |
| | | Statement by the Court<br>Recess taken | | | 2:58<br>2:59 | | | |
| | | Court reconvened | | | 3:24 | | | |
| | X | Special Agent Steven McKenna, witness<br>- Defendant Exhibit C (p. 625 published)<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Cross | 3:25<br><br>3:29<br><br>3:47<br>3: 47<br><br><br>3:47 | | | |
| X | | Special Agent Jennifer Tron, witness called to testify | Hunt | Direct | 3:47 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Witness sworn in by Courtroom Deputy | | | 3:48 | | | |
| | | - Government Exhibit 3A (published) | | | 3:53 | X | | |
| | | - Defendant identified by witness | | | 3:54 | | | |
| | | - Government Exhibit 2 (published) | | | 3:56 | X | | |
| | | - Government Exhibit 3C (published) | | | 4:04 | X | | |
| | | - Government Exhibit 3D (published) | | | 4:06 | X | | |
| | | - Government Exhibit 3G (published) | | | 4:07 | X | | |
| | | - No further questions | | | 4:14 | | | |
| | X | Special Agent Jennifer Tron, witness | Bennett | Cross | 4:15 | | | |
| | | - No further questions | | | 4:20 | | | |
| | | - Bench conference held | | | 4:20 | | | |
| | | - Conference concluded | | | 4:21 | | | |
| | | - No further questions by government counsel | | | 4:21 | | | |
| | | - Witness dismissed | | | 4:21 | | | |
| | | Government has no further witnesses and rests case subject to offering exhibits | | | 4:21 | | | |
| | | Statement by the Court Recess taken | | | 4:21 4:24 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter Conference concluded | | | 4:25 4:40 | | | |
| | | Court reconvened Statement by the Court Court recessed | | | 4:43 4:43 4:45 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|----|----|----|----|----|----|----|
| | | | | | | Identified | Offered | Admitted |
| | | | | | | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br><br>Conference concluded | | | 4:45<br><br><br><br>4:51 | | | |
| | | Exhibits admitted: Government Exhibits 1, 2, 3a, 3c, 3d, 3e, 3f, 3g, 3h, 3j, 4a, 4b, 4c, 4d, 4e, 4f, 4g, 4h, 4i, 4j, 4k, 4l, 4m, 4o, 4p, 4q, 4r, 5a, 5b, 5c, and 6 | | | | | | X |