**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:15cr28**                    **Date: February 27, 2019**

**Case Caption:  USA v. Ronald E. Skelton, II**

**Court Reporter:  Mary Schweinhagen**

**Courtroom Deputy:  Tisha Parker**

**Counsel for Plaintiff:  AUSA, Andrew Hunt and Dominick Gerace**

**Counsel for Defendant: Cheryll Bennett**

**PROCEEDINGS:   Jury Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|------------|---------|----------|
|    |    |      |          |      |      | Identified | Offered | Admitted |
|    |    | Court convened |  |  | 9:34 |  |  |  |
|    |    | Statement by the Court |  |  | 9:35 |  |  |  |
|    | X | Jhontay Davenport, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant Exhibit N (played in Court)<br>- No further questions | Bennett | Direct | 9:35<br><br>9:36<br><br>9:48<br><br>9:51 |  |  |  |
| X |    | Jhontay Davenport, witness<br>- No further questions | Gerace | Cross | 9:51<br><br>9:54 |  |  |  |
|    | X | Jhontay Davenport, witness<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Redirect | 9:54<br><br>9:57<br>9:57<br><br>9:57 |  |  |  |
|    | X | Kelly Skelton (Bellew), witness called to testify | Bennett | Direct | 9:58 |  |  |  |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Witness sworn in by Courtroom Deputy<br>- Objection; overruled<br>- No further questions<br>- Statement by the Court | | | 9:59<br><br>10:28<br>10:29<br>10:29 | | | |
| X | | Kelly Skelton (Bellew), witness<br>- Objection; sustained<br>- No further questions | Gerace | Cross | 10:30<br><br>10:33<br>10:38 | | | |
| | X | Kelly Skelton (Bellew), witness<br>- Defendant Exhibit C (p. 625 published)<br>- Defendant Exhibits O and O1<br>- Bench conference<br>- Conference concluded<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Redirect | 10:38<br><br>10:40<br><br>10:44<br><br>10:46<br>10:47<br>10:48<br>10:48<br><br><br>10:48 | <br><br>X<br><br>X | | |
| | | Statement by the Court<br>Recess taken | | | 10:48<br>10:49 | | | |
| | | Court reconvened | | | 11:07 | | | |
| | X | Ronald Skelton, Sr., witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant Exhibit B2 (published)<br>- Bench conference held<br>- Conference concluded<br>- Witness dismissed for break | Bennett | Direct | 11:08<br><br>11:09<br><br>12:04<br><br>12:11<br>12:12<br>12:12 | <br><br><br><br>X | | |
| | | Statement by the Court | | | 12:12 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Recess taken | | | 12:13 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 12:13<br><br><br>12:20 | | | |
| | | Court reconvened<br>Statement by the Court | | | 1:30<br>1:31 | | | |
| | X | Ronald Skelton, Sr., witness<br>- No further questions | Bennett | Direct | 1:31<br><br>1:55 | | | |
| X | | Ronald Skelton, Sr., witness<br>- No further questions | Hunt | Cross | 1:56<br><br>2:15 | | | |
| | X | Ronald Skelton, Sr., witness<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Redirect | 2:15<br>2:23<br>2:23<br><br><br>2:23 | | | |
| | | Bench conference without Court Reporter<br>Conference concluded | | | 2:23<br><br>2:24 | | | |
| | | Statement by the Court<br>Recess taken | | | 2:25<br>2:28 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 2:29<br><br><br><br><br>2:39 | | | |