**BEFORE JUDGE WALTER H. RICE**

Case No. **3:15cr28**                               Date: February 28, 2019

Case Caption:  **USA v. Ronald E. Skelton, II**

Court Reporter:  **Mary Schweinhagen**

Courtroom Deputy:  **Tisha Parker**

Counsel for Plaintiff:  **AUSA, Andrew Hunt and Dominick Gerace**

Counsel for Defendant: **Cheryll Bennett**

**PROCEEDINGS:  Jury Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 9:05<br><br><br><br><br>9:30 | | | |
| | | Court convened<br>Statement by the Court | | | 9:43<br>9:43 | | | |
| | X | Stacy Morris, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- No further questions | Bennett | Direct | 9:44<br><br>9:45<br><br>9:54 | | | |
| X | | Stacy Morris, witness<br>- No further questions<br>- No further questions by defendant counsel<br>- Witness dismissed | Hunt | Cross | 9:54<br>9:55<br>9:55<br><br>9:55 | | | |
| | X | Matthew Looney, witness called to testify<br>- Witness sworn in by Courtroom Deputy | Bennett | Direct | 9:56<br><br>9:57 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - No further questions | | | 10:04 | | | |
| X | | Matthew Looney, witness<br>- No further questions<br>- No further questions by defendant counsel<br>- Witness dismissed | Hunt | Cross | 10:04<br>10:06<br>10:06<br><br>10:06 | | | |
| | X | Casey Rollins, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- No further questions | Bennett | Direct | 10:07<br><br>10:08<br><br>10:15 | | | |
| X | | Casey Rollins, witness<br>- No further questions | Hunt | Cross | 10:16<br>10:17 | | | |
| | X | Casey Rollins, witness<br>- Objection; sustained<br>- No further questions by government counsel<br>- Witness dismissed<br>- Conference held at bench without Court Reporter<br>- Conference concluded | Bennett | Redirect | 10:17<br>10:19<br>10:20<br>10:20<br><br>10:20<br>10:20<br><br><br><br>10:21 | | | |
| | X | Fred Haussman, M.D., witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant Exhibit E (p.902 published)<br>- Objection; bench conference held<br>- Conference concluded<br>- Objection sustained<br>- Defendant Exhibit E<br>- Objection; sustained<br>- No further questions<br>- Bench conference held<br>- Conference concluded | Bennett | Direct | 10:22<br><br>10:23<br><br><br>10:27<br><br>10:35<br><br>10:41<br>10:42<br>10:44<br>10:50<br>10:54<br>10:54<br>10:55 | <br><br><br><br><br>X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
|    |    |      |          |      |      | Identified | Offered | Admitted |
|    |    | - No questions by government counsel<br>- Witness dismissed |  |  | 10:56<br><br>10:57 |  |  |  |
|    |    | Statement by the Court<br>Recess taken |  |  | 10:57<br>10:57 |  |  |  |
|    |    | Court reconvened |  |  | 11:21 |  |  |  |
|    | X  | Bob Stinson, Psy.D., J.D., witness called to testify<br>- Witness sworn in by Courtroom Deputy | Bennett | Direct | 11:22<br><br>11:23 |  |  |  |
|    |    | Statement by the Court<br>Recess taken |  |  | 11:57<br>11:57 |  |  |  |
|    |    | Court reconvened |  |  | 1:14 |  |  |  |
|    | X  | Bob Stinson, Psy.D., J.D., witness<br>- Defendant Exhibit A<br>- Objection; bench conference held<br>- Conference concluded<br>- Objection overruled<br>- Defendant Exhibit C<br>- Bench conference held<br>- Conference concluded<br>- | Bennett | Direct | 1:14<br><br>1:38<br>2:01<br><br>2:07<br>2:08<br>2:15<br>2:26<br>2:27 |  |  |  |
|    |    | Statement by the Court<br>Bench conference without Court Reporter<br>Statement by the Court<br>Recess taken |  |  | 2:44<br>2:44<br><br>2:44<br>2:45 |  |  |  |
|    |    | Court reconvened<br>Statement by the Court |  |  | 3:12<br>3:12 |  |  |  |
|    | X  | Bob Stinson, Psy.D., J.D., witness | Bennett | Direct | 3:12 |  |  |  |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Defendant Prescription Timeline published<br>- Objection; bench conference held<br>- Conference concluded | | | 3:14<br><br>3:38<br><br>3:40 | | | |
| | | Statement by the Court<br>Recess taken | | | 3:41<br>3:41 | | | |
| | | Court reconvened<br>Bench conference held<br>Conference concluded<br>Objection sustained | | | 4:06<br>4:07<br>4:22<br>4:22 | | | |
| | X | Bob Stinson, Psy.D., J.D., witness<br>- No further questions | Bennett | Direct | 4:23<br><br>4:24 | | | |
| X | | Bob Stinson, Psy.D., J.D., witness<br>- No further questions | Gerace | Cross | 4:24<br><br>4:46 | | | |
| | X | Bob Stinson, Psy.D., J.D., witness<br>- No further questions<br>- No further questions by government counsel<br>- Witness dismissed | Bennett | Redirect | 4:46<br><br>4:52<br>4:52<br><br><br><br>4:52 | | | |
| | | Statement by the Court<br>Recess taken | | | 4:52<br>4:53 | | | |
| | | Conference held in conference room with counsel for defendant, government counsel, and Court Reporter<br>Conference concluded | | | 4:54<br><br><br><br><br>4:57 | | | |