IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD E. SKELTON, II,

    Defendant.

Case No. 3:15cr28

JUDGE WALTER H. RICE

## ORDER

The Clerk of Court for the Southern District of Ohio is hereby authorized to expend the funds necessary to provide food for the jury in the above case during the time such jury is deliberating.

March 4, 2019

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE