IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. **3:15-CR-028 (1)** |
| vs. | : | HONORABLE WALTER H. RICE |
| **SKELTON II, Ronald Eugene** | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 17, 2015, to reflect:

1. Submit to any testing required by the pretrial services office or the supervising office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

All other conditions remain in full force and effect.

11-19-2020
_____

Date

_____
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE