IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Number 3:15cr28 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| RONALD E. SKELTON, II, | : | |
| Defendant. | : | |

**AMENDED DECISION AND ENTRY, UPON DEFENDANT'S MOTION, REFERRING THE DEFENDANT TO AN APPROPRIATE FORENSIC STUDY SITE, PURSUANT TO 18 U.S.C. §4241(a) AND (b); SECTION 4242(a) AND 4247(b) AND (c) FOR A DETERMINATION OF HIS PRESENT MENTAL COMPETENCY AND HIS OVERALL MENTAL STATUS**

This Court, upon Defendant's motion, refers Defendant to an appropriate forensic study site, pursuant to 18 U.S.C. §4241(a) and (b), §4242(a) and §4247(b) and (c), for a determination of his present mental competency and his overall mental status.

Defendant is referred to an appropriate forensic site for purposes of such an evaluation, an evaluation which is not to exceed 30 days to 45 days. Defendant is to voluntarily surrender at the designated facility, upon receipt of notice from the United States Marshals Service.

This Court will include the Indictment filed against the Defendant and the Pre-Sentence Investigation Report. It is the request of this Court that counsel for the government and for the defense furnish the site with whatever information she or he deems helpful to the evaluation ordered herein. Obviously, should the site have any questions, either of the government's counsel or counsel for the Defendant, the Medical Center should feel free to contact such individuals listed below:

Laura Clemmens
U.S. Attorney's Office
200 West Second Street
Suite 600
Dayton, OH 45402
937-225-2910

Cheryll A. Bennett
Federal Public Defender's Office
One South Main Street
Fifth Third Center, Suite 490
Dayton, OH 45402
937-225-7687

The Court will submit the following to the United States Marshals Service for submission to the Bureau of Prisons to aid in the process of the evaluation and report:

1. Daniel Deutschman MD report;
2. Adrienne Saxton MD report;
3. Scott Kidd PsyD report;
4. Scott Kidd PsyD report;
5. Cyntha Richards MD report;
6. Bob Stinson MD report;
7. Terrance Kukor PhD report
8. Nova House assessment;
9. Scott Kidd PsyD testimony;
10. Adrienne Saxton MD testimony;
11. Daniel Duetschman MD testimony;
12. Fred Haussman MD testimony
13. Bob Stinson PsyD JD testimony
14. Terrance Kukor PhD testimony;
15. Cynthia Richards MS testimony;
16. Dick Genardi PhD BCN testimony; and
17. Sujana Rayani MD testimony.

July 19, 2021

_Walter H. Rice_  (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal